Decided December 8, 2011

## KHALID IBRAHIM *v.* COMMISSIONER OF CORRECTION

The petitioner Khalid Ibrahim's petition for certification for appeal from the Appellate Court, 132 Conn. App. 902 (AC 31963), is denied.

*Mary H. Trainer,* assigned counsel, in support of the petition.

*Toni M. Smith-Rosario,* senior assistant state's attorney, in opposition.

Decided December 8, 2011

## MINERVA LACHIRA *v.* SUTTON LAND, LLC, ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 33449) is denied.

*Minerva Lachira,* pro se, in support of the petition.

Decided December 8, 2011

## US BANK, N.A. *v.* MONICA L. SULLENDER ET AL.

The petition by the defendant Ethan Book, Jr., for certification for appeal from the Appellate Court (AC 33508) is denied.

ROGERS, C. J., did not participate in the consideration of or decision on this petition.

*Ethan Book, Jr.,* pro se, in support of the petition.

*Robert J. Wichowski,* in opposition.

Decided December 8, 2011